UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>        Plaintiff,<br><br>    v.<br><br>G.R. HUDSON, et al.,<br><br>        Defendants. | CASE NO. 1:12-cv-01347-MJS PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF No. 1) |

Plaintiff Edward B. Spencer ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2012.  However, Plaintiff neglected to sign his Complaint, and unsigned documents cannot be considered by the Court.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, Plaintiff's Complaint is HEREBY ORDERED STRICKEN from the record, and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.  The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   August 26, 2012                     /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE