UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G.R. HUDSON, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:12-cv-01347-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 15) |

　　　　Plaintiff Edward B. Spencer ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 1, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and defendants. (ECF No. 15.) Plaintiff has not filed any objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 1, 2013, are adopted in full;
2. This action proceed as one for damages on Plaintiff's First Amendment retaliation claim against Defendant Hudson arising out his retaliation against Plaintiff for engaging in protected conduct;
3. Plaintiff's First Amendment retaliation claim against Defendant Ibarra is dismissed, with prejudice, for failure to state a claim;
4. Plaintiff's claim for declaratory relief is dismissed, with prejudice, for failure to state a claim; and
5. Defendant Ibarra is dismissed from this case.

IT IS SO ORDERED.

Dated:   April 2, 2013

SENIOR DISTRICT JUDGE