1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10    EDWARD B. SPENCER,                   1:12-cv-01347-AWI-MJS (PC)

11                Plaintiff,              ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS AND DISMISSING
12        v.                              CERTAIN CLAIMS AND DEFENDANTS

13    G.R. HUDSON, et al.,                 (ECF No. 15)

14                Defendants.

15    _____/

16

17        Plaintiff Edward B. Spencer ("Plaintiff") is a prisoner proceeding pro se in a civil rights

18    action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 1, 2013, the Magistrate Judge filed a Findings and Recommendations,

21    recommending dismissal of certain of Plaintiff's claims and defendants.  (ECF No. 15.)  Plaintiff

22    has not filed any objections.

23        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this

24    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

25    Court finds the Findings and Recommendations to be supported by the record and by proper

26    analysis.

27

28

                                        -1-

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed February 1, 2013, are adopted in full;

2.    This action proceed as one for damages on Plaintiff's First Amendment retaliation claim against Defendant Hudson arising out his retaliation against Plaintiff for engaging in protected conduct;

3.    Plaintiff's First Amendment retaliation claim against Defendant Ibarra is dismissed, with prejudice, for failure to state a claim;

4.    Plaintiff's claim for declaratory relief is dismissed, with prejudice, for failure to state a claim; and

5.    Defendant Ibarra is dismissed from this case.

IT IS SO ORDERED.

Dated:    April 2, 2013    

_____

SENIOR   DISTRICT   JUDGE