UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G.R. HUDSON, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE No. 1:12-cv-01347-AWI-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 20)<br><br>CLERK SHALL CLOSE CASE |

　　Plaintiff Edward B. Spencer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　This action was initiated on August 20, 2012. (ECF No. 1.) On June 3, 2013, Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed. (ECF No. 20.)

　　Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

　　Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without

prejudice.

The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: June 6, 2013         /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE