1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

13   EDWARD B. SPENCER,                          CASE   No.   1:12-cv-01347-AWI-MJS   (PC)

14                     Plaintiff,

15          v.                                   VOLUNTARY DISMISSAL OF ACTION

16   G.R. HUDSON, et al.,
                                                 (ECF No. 20)
17
                      Defendants.
18                                               CLERK SHALL CLOSE CASE

19
                                            /
20

21          Plaintiff Edward B. Spencer ("Plaintiff") is a state prisoner proceeding pro se and in

22   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

23          This action was initiated on August 20, 2012.  (ECF No. 1.)  On June 3, 2013,

24   Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed.  (ECF

25   No. 20.)

26          Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court

27   order by filing a notice of dismissal.

28          Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without

-1-

-2-

1  prejudice.

2        The Clerk shall CLOSE this case.

3

4

5  IT IS SO ORDERED.

6  Dated:    June 6, 2013                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28