# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>    Plaintiff,<br><br>  v.<br><br>G.R. HUDSON, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01347-AWI-MJS<br><br>ORDER DENYING REQUEST FOR SERVICE COSTS<br><br>(ECF No. 24) |

Plaintiff Edward B. Spencer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 3, 2013, Plaintiff asked that the action be dismissed. It was, and the case was closed June 6, 2013.

On February 7, 2014, the United States Marshal filed a request for reimbursement of $256.60 in costs incurred in personally serving Defendant Hudson on January 29, 2014, six months after the case had been closed.

Inasmuch as the service was made needlessly, long after the case was closed,

1

1  the Court cannot approve reimbursement for the costs of service.

2  Accordingly, that the United States Marshal's reimbursement request is DENIED.

IT IS SO ORDERED.

Dated:   February 17, 2014            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE